ORIGINAL

# In the United States Court of Federal Claims

(Pro Se)

| | |
|---|---|
| ROBERT C. GAULT, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| THE UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

FILED
SEP - 7 2017
U.S. COURT OF
FEDERAL CLAIMS

No. 17-727C
(Filed: September 7, 2017)

## ORDER

Pro se Plaintiff Robert Gault has filed a motion for withdrawal of his complaint. Docket No. 6. Pursuant to Rules of the Court of Federal Claims 41(a)(2), Mr. Gault's motion is **GRANTED** and Mr. Gault's complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

_____
ELAINE D. KAPLAN
Judge